## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JENNIFER L. DOWNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-04-712-M |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On April 21, 2005, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's application for disability insurance benefits and supplemental security income.  The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed.  The parties were advised of their right to object to the Report and Recommendation by May 11, 2005.  On June 10, 2005, plaintiff filed her objections.[1]

In her objections, plaintiff contends the Magistrate Judge erred in concluding that the Administrative Law Judge ("ALJ") followed the law in making his credibility determination. Having carefully reviewed the record, and particularly the ALJ's decision, the Court finds that the ALJ adequately explained his credibility determination and that the Magistrate Judge did not err in concluding that the ALJ followed the law in making his credibility determination.

---

[1]On May 10, 2005, plaintiff was granted an extension of time until June 10, 2005, to file her objections.

Accordingly, upon <u>de</u> <u>novo</u> review, the Court:

(1)     ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 21, 2005, and

(2)     AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 10th day of August, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE